JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MONTANO,<br><br>　　　　Petitioner,<br>　v.<br><br>LINDA SANDERS,<br><br>　　　　Respondent. | Case No. CV 12-2157-JST (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed for lack of jurisdiction.

DATED: 8/26/12

HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge